RICHARD S. HARTUNIAN
United States Attorney

DAVID L. BROWN
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2059
david.brown@ssa.gov
Bar Roll No. 516419

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Hon. David E. Peebles<br>Civil Action<br>No. 7:13-CV-00540-GTS-DEP |

## CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by RICHARD S. HARTUNIAN United States Attorney for the Northern District of New York, and David L. Brown, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 12th day of December, 2013;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

```
_____
Hon. Glenn T. Suddaby
U.S. District Judge
```

The undersigned hereby consent to the form and entry of the within order.

                                 RICHARD S. HARTUNIAN
                                 United States Attorney

By:   */s/David L. Brown*
      David L. Brown
      Special Assistant U.S. Attorney
      Attorneys for Defendant

By:   */s/Victoria M. Esposito, Esq.*
      Victoria M. Esposito
      Legal Aid Society of Northeastern New York
      Attorney for Plaintiff