# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JODY SAVAGE**
        Plaintiff

vs.         CASE NUMBER: 7:13-CV-540 (GTS/DEP)

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Consent of the parties and by Order of the Court, the final decision of the Commissioner is hereby REVERSED and the matter is REMANDED to the Commissioner for further administrative action, therefore the Complaint as to Jody Savage is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 12th day of December, 2013.

DATED: December 12, 2013

*(signature)*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk